**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Jose Anthony MERCADO-CINTRON,**
**Defendant-Appellant.**

**No. 16-10931**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 11/10/2016

Edwin F. Knight, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, U.S. Attorney's Office, Panama City, FL, for Plaintiff-Appellee

Michelle Kathleen Daffin, Federal Public Defender's Office, Panama City, FL, Jose Anthony Mercado-Cintron, FCI Marianna-Inmate Legal Mail, Marianna, FL, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant-Appellant

Before JORDAN, ROSENBAUM, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Richard M. Summa, appointed counsel for Jose Anthony Mercado-Cintron in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mercado-Cintron's conviction and sentence are **AFFIRMED**.